CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 9 2005

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT LEE SMITH, #26722,  ) | Civil Action No. 7:05CV00348 |
|    Petitioner,  ) | Criminal Action No. 1:03CR00093 |
|                      ) |   |
| .  ) | ORDER |
|  ) |   |
| UNITED STATES,  ) | By: James P. Jones |
|    Respondent.  ) | Chief United States District Judge |

In accordance with the accompanying Opinion, it is hereby **ORDERED** that the petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 shall be and is hereby **FILED** and **DISMISSED** and this case is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this Order and the accompanying Opinion to petitioner and to counsel for the respondent, if known.

ENTER: June 8, 2005.

/s/ James P. Jones
Chief United States District Judge